

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00138-CV

**IN THE MATTER OF THE MARRIAGE OF CHRISTINA CUELLAR STOKES AND JAMES EDWARD STOKES, JR.** and in the Interest of A.S. and C.S., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-19399
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are assessed against the appellant.

SIGNED May 8, 2024.

_____
Lori I. Valenzuela, Justice